**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN BROWN**,<br>*Plaintiff*<br>v.<br>**CITY OF PHILADELPHIA, et al.**,<br>*Defendants* | **Case No. 2:23-cv-04181-JDW** |

**ORDER**

**AND NOW**, this 5th day of November, 2026, following a bench trial in the above-captioned matter, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. **JUDGMENT** is **ENTERED** in favor of Plaintiff John Brown and against Defendant Lt. Tamika Allen in the amount of $1.00 as to Count I of the Complaint; and

2. **JUDGMENT** is **ENTERED** in favor of Lt. Allen and against Mr. Brown as to the remaining claims against Lt. Allen—Counts II, III, IV, and IX of the Complaint.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.